**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Gerard Boulanger
v. Civil No. 06-cv-308

Robert Gilbert, et al

**O R D E R**

All of the judges in this District are recused from presiding over this case. Accordingly, the case shall be transferred to the District of Rhode Island. The recusal of all of the judges on this court gives rise to an "emergency" with respect to the transferred case as that term is used in 28 U.S.C. § 636(f). I therefore concur in the assignment of a Magistrate Judge from the transferee district to perform the duties specified in 28 U.S.C. § 636(a)-(c).

SO ORDERED.

/s/Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

Date: February 28, 2007

**Concurring Order**

I concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge _____________ is assigned to perform such duties under 28 U.S.C. § 636(a)-(c) as may be assigned to him by the District Judge to whom this case

is assigned.

Date: ____________________________________

Chief Judge, Assignee District