B.) GRANT COMPENSATORY DAMAGES IN THE FOLLOWING AMOUNT

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2006 AUG 30 A 11:51

1.) 50.000 FIFTY THOUSAND DOLLARS PER EACH DEFENDANT

C.) GRANT PUNITIVE DAMAGES OF 50.000 FIFTY THOUSAND DOLLARS AGAINST EACH OF THE DEFENDANTS

D) GRANT SUCH OTHER RELIEF AS IT MAY APPEAR PLAINTIFF IS ENTITLED

RESPECTFULLY SUBMITTED

DATE AUG 24TH 2006 — Gerard Boulanger PRO SE

GERARD BOULANGER PROSE
# 03289-049
USP ALLENWOOD
PO BOX 3000
WHITE DEER PA 17887