UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

07 mc 23 T

Gerard Boulanger

v. Civil No. 06-cv-308-JD

US Marshal Service, District of NH, Director, et al.

**SUPERSEDING PROCEDURAL O R D E R**

Pursuant to the provisions of LR 77.5, the above-captioned case has been referred to the District of Rhode Island for consideration by a Rhode Island judicial officer, sitting by designation, due to the recusal of the New Hampshire judges. Jurisdiction of the case remains with the New Hampshire District Court.

All original pleadings, motions, memos, and filings will continue to be filed with the Clerk in New Hampshire in accordance with this district's Administrative Procedures for Electronic Case Filing. Pro se litigants, however, are not required to file electronically and may continue to file documents in paper format. Absent a court order to the contrary, no courtesy filings need to be filed in the District of Rhode Island. The court order dated March 6, 2007, which directed the parties to file in both judicial districts, is vacated.

By the Court,

April 16, 2007

/s/ Daniel J. Lynch
Daniel J. Lynch
Chief Deputy Clerk

cc: Gerard Boulanger, pro se
T. David Plourde, Esq.
Corey Belobrow, Esq.
Clerk, U.S. District Court, Rhode Island