March 13, 2007

Gerard Boulanger
US Penitentiary Allenwood
PO Box 3000
White Deer, PA 17887

Re: Gerard Boulanger v. Strafford County DOC et al

Dear Mr. Boulanger:

Thank you for forwarding your answers to Interrogatories, which I sent on behalf of my client.

The answers lack sufficient detail. The answers also have omitted at least some information, making me question whether other information has been omitted. For example, question two asks you to list every address where you have lived in the past 10 years including, but not limited to, correctional facilities. Your answers lists only correctional facilities. I know by the documents in my possession that you have lived elsewhere. For example, some of the Superior Court forms for the original charges in 2003 indicate you lived in Rochester, New Hampshire. Accordingly, I request that you provide a complete answer to question number 2 and other questions as identified below.

Regarding question number three, thank you for signing the authorizations for release of your criminal records. However, you did not answer the question. The criminal records release may turn up most of your convictions, but there is a possibility that some of your convictions may not be part of the record. Therefore, I need you to fully answers the question and provide every item of information requested within the question.

Regarding question four, your answer is particularly non-specific. The question specifically requests that you identify your grievances and all steps you have taken to pursue them. You give a generic answer which supplies none of the necessary detail. In addition, I am enclosing an authorization to allow Attorney Saxe to provide copies of any written materials for complaints. I do not believe I need an authorization to obtain these, but I believe this would be the most convenient was of doing this. Please sign the enclosed authorization but also fully detail your answers to the question.

Regarding question number eight, please identify the physical or mental problems you

Gerard Boulanger
Boulanger v. Strafford DOC
March 13, 2007
Page: 2

suffered from before your incarceration and the physical or mental problems you suffered from after your incarceration at the DOC. I will be obtaining medical records based on the authorizations provided. However, your answer does not identify any healthcare providers for conditions before your incarceration.

For question number 10, you identify two prior civil rights complaints. The answer does not identify anything beyond the description of the complaint and the fact that it was at the New Hampshire state prison. Please provide information as to the Court in which suit was filed, and the actual complaints or conduct which lead to your complaints.

As to your any and all of your answers, please note that I will ask the Court to limit any evidence or claims you attempt to make to the issues or items which you have identified in response to these questions. Therefore, if your other answers are incomplete, I suggest that you provide additional information. Thank you for you attention to this matter.

Very truly yours,

Corey Belobrow

CB:wmm
enc.
cc: Tammy Denver, Primex
(GL2003121089)