UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GERARD BOULANGER, Plaintiff, | : | |
| v. | : | NH 06-cv-00308-ECT<br>RI MC 07-23 T |
| U.S. MARSHALS SERVICE, NEW HAMPSHIRE DISTRICT,[1] et al., Defendants. | : | |

**ORDER**
**RE DISPOSITIVE MOTIONS**

On January 15, 2008, the Court conducted a telephonic pretrial conference in the above matter with Plaintiff Gerard Boulanger ("Plaintiff") and Attorney Corey Belobrow, counsel for Defendants Warren Dowaliby, Jeffrey McPherson, Linda Lee, Bruce Pelkie, and Donna Roy (the "Municipal Defendants"). Plaintiff stated that he was ready for trial. Attorney Belobrow indicated that he wished to file one or more dispositive motions and that, if such motion(s) did not resolve the entire case, he may need to conduct some discovery. The Court, desirous of moving this matter along, ordered that any dispositive motions be filed within ninety days of the date of this Order and that Plaintiff would have forty-five (45) days thereafter to file any objections to the dispositive motion(s). The period for discovery shall close on August 31, 2008.[2]

---

[1] Although all federal Defendants have now been dismissed from this action, see Order and Memorandum Granting Federal Defendant's Motion to Dismiss, (Document #6) (dismissing last federal Defendant), the Court identifies the case as it was originally filed, see Complaint.

[2] In selecting August 31, 2008, as the date for the close of discovery, the Court contemplated that, if the dispositive motions do not resolve this case, there still should be sufficient time for the Municipal Defendants to conduct discovery. If this assumption proves incorrect, the parties may request an extension of the discovery closure date.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
January 16, 2008