**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

GERARD BOULANGER

v.

NH 06-CV-00308-ECT
RI 07-MC-00023-T

HARLEY G. LAPPIN, Director,
Federal Bureau of Prisons,
et al.

**ORDER GRANTING MOTION FOR CERTIFICATION**
**PURSUANT TO FED. R. CIV. P. 54(b)**

Pursuant to the Report and Recommendation of Magistrate Judge Martin dated April 10, 2008, the motion of Defendants Lappin and Gilbert for Entry of Partial Final Judgment is hereby granted.

By Order:

Deputy Clerk

ENTER:

Ernest C Torres
Senior U.S. District Judge
Sitting by Designation

Date: May 13, 2008