UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Gerard Boulanger</u>

v.   NH Civil No. 1:08-cv-308-WES

<u>US Bureau of Prisons, Director, et al</u>

<u>ORDER</u>

I herewith approve [74] the Report and Recommendation of Magistrate Judge David L. Martin dated March 25, 2009, no objection having been filed.

SO ORDERED.

April 24, 2009

/s/ William E. Smith
William E. Smith
United States District Judge
Sitting by Designation

cc:   Gerard Boulanger, pro se
      Corey M. Belobrow, Esq.